Case 24-3871 United States of America v. Sir Page Argument not to exceed 15 minutes per side. Counsel, you may proceed for the appellant when ready. Thank you. May it please the court and good morning I'm here representing Sir Major Page this morning, and I'd like to request three minutes for rebuttal if I may. Fine. Thank you Your honors, I'd like to address My issue number one in the brief today And that is the pervasive use of other bad acts evidence And I'd leave the balance to the briefs that have been filed unless the court has any specific questions about those other issues And I guess I'll just start with we have we've kind of got two Sets of other acts evidence that the other acts evidence was almost the majority of the trial in this case There were at least I pointed out seven different other bad acts evidence And two of those were objected to five of those were Unobjected to and so we admit that we're under a higher standard of proof in terms of the the other five But our argument is that the cumulative effect of the admission of all of these other bad acts Which was for no purpose whatsoever Just created an unfair trial here and demands a new trial So beginning with the Objected to information and We'll start with the firearms, and you know I admit in my brief that there is some limited relevance to The admission I mean weren't the firearms like wasn't the government's theory And I think it was even in the indictment that the firearms were part and parcel of this in the sense that he bought the firearms with the money that Was supposed to be for the public interest group or whatever you want to call it Yes That were probably in in their argument was even more than that was that that this type of evidence is such that it Couldn't have been for the public interest group and therefore. It's really good evidence for us right. That's their argument Why why would that be other bad acts because he was not a felon it'd be one thing if he was a felon buying a Firearm, then I would have a different issue, but it seems like the government might still be able to prove it But here they're trying to prove it as part and parcel Here's what he did with the money that thus is part of the scheme to defraud and the buying the firearms Of in and of themselves if he was buying it with his own money. It's not problematic It's not even a bad act so so if you if you Even if you buy into the argument that it's not an other bad act It's actually just part of the offense right or rest Even on the outside looking in you still have to do the balancing test of whether the evidence is more prejudicial than yeah That's it. That's it, right? I agree, but I mean why is buying firearms in and of itself by a non felon prejudicial? I will concede there is a highly prejudicial value if it is by a felon But by a non felon buying a firearm would be perfectly fine if he wasn't using the problematic money And so two things on that your honor number one keep in mind that the evidence actually proved out He didn't buy it with the money from the nonprofit. He bought it for money from his own bank account Well that was that was their argument, but but in effect it was they unlike the prostitute information they didn't prove the He transferred the money out of one account and then immediately went and bought the weapon there was like weeks and weeks between those two events, but and it was they There's no evidence that any of that he had any other source of income other than being a professional protester and and you're essentially getting into the question of the balancing of Probativeness against unfair prejudice, that's correct so had had they introduced that he bought a gun with the money and a gun is not a Charitable purpose had they left it there Then it may have been an okay thing to put in the trial, but that's not where they left it So not number one they brought in you know the evidence that he went to a firing range and that he shot the firearm They brought in that he All of the different types of firearms that he looked at the ammo that he looked at The agent DeSorbo testifies that there's a video of him loading the firearm and threatening people with it they showed the pictures of the firearm to the jury during closing argument and then The government asked during cross-examination You bought that firearm. Isn't it true that you bought that firearm so you could threaten other people with it? That was the part of the cross-examination and then kind of the coup de gras is the argument during closing argument No charitable organizations arsenal is complete without a hundred round drum magazine for those rifles No doubt for self-defense purposes All of those things counsel would really only matter if we thought there was error and we were asking if it was harmless well, even even evidence that is admissible still has to go under the Balancing test right so it so no I don't agree with you that it that you go to that you have you still there still can be evidence that is so Prejudicial that it creates an unfair, and it's undue prejudice It's Unfair prejudice, and that's and I submit that all of those things Make that what they did with it Unfair, I'm sorry, but I can't remember mr.. Shad. Did you object to each one of those questions? no, of course I you know I didn't represent him at the trial level, but but No, all of those things that I just listed out were individually objected to no They were objected to no they were not we're not we're not we're not and in so from there though I need to jump to all of the things that weren't objected to and I wait can we go back? I yeah remember I can open your brief because I know you helpfully put which ones were playing error But is the firearm did is that the object did you object to at what point did you object with so so the firearm was? objected to pretrial But that was just as to the admission of the purchase of the firearm right in and whether it was The admission of it was to pride was unfair pride. No I get that yeah So all these other questions we review under plain error all the other things that they did with the with the evidence Would be under play that is accurate. That is that's what I'm trying and then obviously the hiring of the prostitute was objected to and So that wouldn't be under plain error, but I really That one is a lesser argument than I think the rest the balance the other five pieces of evidence that we say are absolutely 404 B. There are other bad acts evidence, and you know I think by admission by the government There really wasn't even a purpose for their admission other than character in this case And those were again not only were they Problem and everybody's speaking so loudly. I'm sorry We can all hear Is there a problem? with All of these pieces of evidence, what are they going to prove? In this case and and what were the objections that were raised and what is the harm now? so I think that With the other you're talking about the unobjected to pieces of other right so as to they obviously Never objected to not only that but defense counsel never requested a limiting instruction on them in In fact there was no limiting instruction given either at the time contemporaneously Or during the final jury instructions in this case so the jury used them Ostensibly as substantive evidence in the case because there was no the jury was never told that they Couldn't be used for any other purpose so we but again That's the fault of defense counsel And it's the fault of the court in this case because at some point the courts got to follow the rules of evidence And and so we have that problem, so then what what what did these go to prove right? That's kind of the second half of your of your question And that I think the government admits on appeal that they don't certainly don't go to prove any of our 404 B list of intent motive all those things they don't even Allege that they go to those different things what they did was they said the the defendant here was going to put character at evidence And because the defendant was going to put character at evidence We're allowed to present evidence on his bad character, so the defendant did testify correct yes, and Are you contending that he didn't put his character in? Controversy so I don't think I can argue with a straight face the character Wasn't part of his defense, but that it wasn't the overall tone of what he was trying to do with his defense Like he talked about being virtuous and light and all that was part and parcel I think you're saying that absolutely, but even even if let's say let's say I can Part of the defense was good faith that was his real defense Which was you know I am I am a professional protester. I do do all these things I do use the money for protesting because I go to Atlanta. I go to Toledo. I do these protests Here's all the videos, and that's not character evidence. That's I'm doing the things that I'm supposed to be doing Which is why they're giving me the money, right? That's a defense right and so character obviously does come into that, but that's not his his defense wasn't he was a good? Character, but even if that was the defense you can't prove up I was virtuous. I'm a good person, but but let's say that's the truth That's the case right that doesn't get you to I can present extra evidence on Bad character in my case in chief now I agree with that, but that's a 405 objection And you only have a 405 objection as to two witnesses if I remember that's correct That's correct, and in the end there wasn't a 405 objection all all across the board although certainly You know there should have been an objection, I mean the last two witnesses yes So does a district court? Even on plain air does the district court have an independent obligation right because we always talk about as trial lawyers and as trial judges Unobjected to like even hearsay is admissible So if you don't object on 405 grounds I get the 404 point, but if you don't object on 405 grounds That seems like almost it I get it's not a waiver I thought that argument was ridiculous, but it seems like it's getting there it in in in the and I agree But the only thing I can rely on is that you know it's even under plain air We recognize that that there are some instances where it's so egregious that you have to reverse Because we say that because ultimately what plain air is asking here's my beef You're asking a district court to sue a sponte intervene and your defendant may want that in for independent reasons That's what a district judge never knows is you may be coming and slamming the door in the government's face with Something that really you need that in to open the door. Yeah, I see my times up if I can respond to the yes So my answer to that is the reason that we have plain air is that there we recognize that there's some Situations where the district court has to do exactly that right because there because what we do is the ultimate burden on plain air is Ultimately placed on the district court that despite the lack of objection by a party The district court should have come in and helped here because it creates this unfair situation, and that's what occurred here Thank you Good Morning your honors may please the court Sega Phillips on behalf of the United States Your honors. This was a case about whether the defendant committed wire fraud and money laundering using the black lives matter Label to receive money that he intended to use for himself the defendants theory of defense was essentially good faith and good faith requires that a Opinion be honestly held and his attempts throughout trial throughout opening and throughout the cross-examination of agent to Sorbo was to paint his client paint himself as an individual who was so Virtuous and I apologize to the court for using the word virtuosity. That doesn't mean the same thing as virtuous, but so virtuous and so Altruistic that he would not have the intent to defraud anybody and so the evidence came I get why you get to do all this and I cross I get those points, but like when you look at door Dorsaw and Ratkin how do a USA's not know that on direct you can't ask About specific instances of misconduct. I mean rule 405 every a USA should know how does this happen? Your honor so part of it happened because of the agreement of the parties that if mr. Page was going to get into certain evidence specifically the evidence that he got into During the cross of agent Sorbo that the government was going to respond in kind and there was and got to introduce it on direct In just 405 was waived by the defendant because I thought he objected as to those two on 405 grounds Not not at trial at he objected only in advance to two things which was the firearms and the Prostitute so we never objected on 405 grounds to Dorsaw and Ratkin. No No, and and I should highlight I noted I want to make sure that the record is clear Your honors asked whether or not there was any other source of income. He did he was on Disability, so I just wanted to make sure the record was clear There was co-mingling of the Black Lives Matter funds and the disability payments Not to our knowledge the amount of money that was in his account was was nil to almost nil when he took money and Put it into his account in order to use that for the purchase of the firearms and the evidence there was that he went to His attorney first and said I'd like I want to purchase firearms the attorney was like you can't can't purchase firearms with me so he immediately transferred almost exactly the amount of money he needed to in order to purchase the firearms and I dispute strongly the suggestion that this trial was almost exclusively about character evidence because Much of what the defense points to as character evidence simply wasn't the firearms were not character evidence They were evidence of use of funds the arrest jest I to the what about the other stuff He's talking about the unobjected to but how he used the firearm how he pointed at people that seems beyond What all you need to prove is he took the money and he bought a firearm we all get that's not a black lives matter Georgia, whatever Valid purchase why the other stuff so much of it came in Let's separate how those things came in first of all the fact that he purchased it and used it at Towers Armory came through in terms of his use of funds at Towers Armory So going Towers Armory was where the firing range was so that was part of that Separate from that your honor was on cross-examination when he was asked about About the use of the firearms and in part because he testified that he purchased the firearms because he himself Felt threatened so this was proper cross-examination as to his intention when he purchased all those statements were on cross of the defendant the only one that wasn't your honor was the evidence that was The apologize the woman who was he attended The the ms. Dara saw she testified in one sentence that she had seen him show up to a City council meeting or a council meeting of some form with a firearm she wasn't asked whether or not He had a firearm. She was literally asked. What do you what did you observe at these and she? Offered that she saw him there with firearm and questioning was was it stopped Spontaneous utterance on her part not in not in response to a government question correct your honor. That's correct in terms of the other evidence that he points to he points to the evidence of the Prostitution in his his brief the prostitution was again rest just a directly used that money for BLM GA for a purpose that could not in any way be Seen as BLM GA appropriate or in any way represent what the What the money could be used for and it's specifically his use of the term red flags was was extremely probative and to distinguish That there's not a co-mingling issue there. It was a direct amount from a direct funds of Black Lives Matter That's exactly right your honor that money came with the ATM card that he had for the money in which the Facebook Deposited the amount and I also highlight in our brief, but it's important to remind ourselves that the government was did it's Every effort to limit the amount that that could be prejudicial right there was stuff this was an hour-long recording of which I believe Approximately a minute was played and really only the parts that related to use of funds and red flags Government didn't even raise what the extra hundred dollars was for which would have been extremely prejudicial That was that was removed from the recording that was played for the jury On top of that his other things in his list included for example the impersonating an officer Which was brought in on cross-examination that that's not character evidence. That's 608 608 B and When we come down to it, then that what we're talking about is is mr. Adkins mr. Radkin the landlord and Miss Dara saw some of that evidence the government acknowledges that Had he not brought in a started to paint this picture of himself as a as a doer of endless good deeds with a Pure heart that had whose opinion was honestly held because that's the way that's the way the defense was Shaped the government may not have purchased But he didn't object to any of that coming in and it was necessary to rebut a false impression which this court has held is appropriate under 404 B and Again what we're talking This wasn't 404 B evidence. Was it? well that evidence the Radkin evidence the the Adkins evidence the Dara sighs are arguably is for for B, but yeah, but one of the permitted uses of This type of evidence is to rebut a false impression and that is What was offered here? He can't establish that this narrow evidence which For example the Radkin evidence came in in total was five pages the page ID 37 37 to 42 the Dara saw testimony in total Came in was 3706 to 14. I mean we're talking over the course of 18 witnesses and huge amounts of evidence of fraud this narrow thing to make sure that the jury Had The proper impression that yes, he did do some charitable goods But he wasn't without fault as to damage that he had done to some people and so that was Really relate to the fraud I mean Isn't it basically painting him as a bad person that he did these terrible things like to his landlord? How does that relate to the fraud to the crime that he was being tried for your honor because his defense all along Again, was that it was good faith, right? I have this This opinion that's honestly held and I'm so pure as Thinking more abstractly You could have a defense of good faith for the crime, but you could also be a bad person in your personal life But why should your bad deeds in your personal life be able to come in? the only reason it came in your honor is to provide this to Rebut a false impression of an individual who was pure as the driven snow who was just out there doing Endless good deeds for the community. These were three limited But suppose somebody is doing endless good deeds But has done something bad a couple of times that have nothing to do with the good deeds Because the your relationship with your landlord Arguably has nothing to do with whether you're doing black lives matter Business with the funds from black lives matter I think it's it's a combination two things are and one is that their similarity is that the way they he was using Facebook for example It's what are you out there? Just only spreading goodwill and good intentions on Facebook. This was also Use of Facebook, but even if even if they were erroneous, he can't meet the plain-error standard in this case your honor. There's no over the course of a 18 witnesses and then I think six or maybe eight on his side that ultimately this was was brought in was There's he can't establish that any other outcome, but this would have come in this wasn't none of these were raised in the government's Closing for example You know, these weren't something that were raised in opening or closing None of this came in until he made the calculated decision during agent de Sorbo's cross-examination to get into How good a character is he brought in evidence from? 2015 to 2017 unrelated all about good deeds and has his activism in the in the community So with my remaining time, I also want to address one thing that he raises repeatedly He argues repeatedly that there were no public Statements that were wrong. I want to highlight that not only does the government of course believe that the just simply the use of black Lives matter because words have meaning is representative That there was also a actual public post where he said the government that he would be using the funds for For protests and that's found in exhibit 32 and page ID 33 25, so I want to make sure that that's highlighted for the court If your honors have no further question the government will rest on its briefs, thank you Thank you your honors there there it on amongst the list of permitted uses under 404 B Rebutting a false impression is not on that list And so the concept that you can use this evidence to rebut a false impression There has to be some underpinning for that either in the law or in the rules of evidence And there simply is nothing here that allows that kind of extrinsic evidence to be produced again And as I've argued previously He wasn't rebutting anything you're talking about the extrinsic evidence not the cross-examination of your client And you agree though with the government that the 405 point parts of this were not objected to at trial I I had thought that I Had thought that Radkin and Derrishaw had a 405 objection, but I'm gonna have to go back and look I don't think so yeah Rack Radkin I don't even think you bring it on appeal as a 405 problem Derrishaw you clearly bring as a 405 problem, but I think it's plain error you even say in your brief. It's plain Yeah, most of what I'm arguing today is under plainer standard because there's very little objection any of this isn't I mean I hate to even ask this, but isn't doesn't a lot of this sound. I'm not saying it's meritorious in ineffective assistance of counsel well Obviously that might be a path that's pursued down the road, but you know I guess the only thing I would say is that You know that this wasn't a slam-dunk case. You know the jury had a couple questions during their Discussion where they were trying to figure out what does devise a scheme mean and when do you devise a scheme? You know so the jury struggled with this And so that I think helps weigh the fact that this evidence did in especially with the lack of limiting Instruction that the that the that this did weigh in the jury's mind in this case You have those two cases Well even a regular you can only use this evidence for this purpose Which is not what was given in this case right now. This was given as I mean There's no reason the jury wouldn't have used this as substantive evidence of guilt on all of this Because there was no limiting instruction given and the problem is that your Previous counsel did not request limiting. That's correct your honor. That's correct But but you know there's also never been a case. I don't think where I've seen this much Other acts evidence in one case I What? So you keep calling this other acts, and I get that that I'm not disputing that But what is it showing he's acting in accordance with like what's the character or trait? He I don't I mean he's a bad character He you know I and if the court will forgive me for segwaying for a minute It when I talk about this case to other people I tell them this is the last episode of Seinfeld Because I don't know if you remembered or not But in the last episode of Seinfeld They all they put him on trial for the last eight years of wrongdoing that he did and every little bad Mean thing that he did to people and that's what this is this is this is a bad, dude He does all these bad things he is violent I don't I disagree your honor. I mean there was evidence against him there and in Hazelwood and Jenkins this court Overturned convictions where they found sufficient evidence to convict, but still the wrong use of 404 B Created an unfair trial if I remember correctly those were objected to both of them. Yes, and so that's different in kind yes, your honor Thank you The next